UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT CR-09-242 JMR/SRN |
| | ) | |
| Plaintiff, | ) | (18 U.S.C. § 2) |
| | ) | (18 U.S.C. § 956(a)(1)) |
| v. | ) | (18 U.S.C. § 2339A(a)) |
| | ) | (18 U.S.C. § 2339B) |
| MAHAMUD SAID OMAR, | ) | |
| a/k/a Mohamud Said Omar, | ) | |
| a/k/a Sharif Omar, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Provide Material Support to Terrorists)

1.    From in or about September 2007 through the present, in
the State and District of Minnesota and elsewhere, the defendant,

**MAHAMUD SAID OMAR,**
a/k/a Mohamud Said Omar,
a/k/a Sharif Omar,

did knowingly and intentionally conspire with others known and
unknown to the grand jury, to provide material support and
resources, namely financial support and personnel, knowing and
intending that the material support and resources were to be used
in preparation for and in carrying out a violation of Title 18,
United States Code, Section 956(a)(1) (conspiracy to kill, kidnap,
maim or injure persons in a foreign country), all in violation of
Title 18, United States Code, Section 2339A(a).

### COUNT 2
(Providing Material Support to Terrorists)

2.    From in or about September 2007 through the present, in
the State and District of Minnesota and elsewhere, the defendant,



FILED AUG 2 0 2009
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK

U.S. v. Mahamud Said Omar

**MAHAMUD SAID OMAR,**
a/k/a Mohamud Said Omar,
a/k/a Sharif Omar,

aiding and abetting and being aided and abetted by others, did

provide and attempt to provide material support and resources,

namely financial support and personnel, knowing and intending that

the material support and resources were to be used in preparation

for and in carrying out a violation of Title 18, United States

Code, Section 956(a)(1) (conspiracy to kill, kidnap, maim or injure

persons in a foreign country), all in violation of Title 18, United

States Code, Sections 2339A(a) and 2.

## COUNT 3
(Conspiracy to Provide Material
Support to a Foreign Terrorist Organization)

3.    On or about August 19, 1993, the defendant **MAHAMOUD SAID**

**OMAR**, a/k/a Mohamud Said Omar, a/k/a Sharif Omar, was granted

status as a lawful permanent resident of the United States.

4.    On or about February 26, 2008, the Secretary of State of

the United States designated al-Shabaab as a foreign terrorist

organization.

5.    On or about March 18, 2008, the designation of al-Shabaab

as a foreign terrorist organization was published in the Federal

Register.

6.    From on or about March 18, 2008 through the present, in

the State and District of Minnesota and elsewhere, the defendant,

**MAHAMUD SAID OMAR,**
a/k/a Mohamud Said Omar,
a/k/a Sharif Omar,

2

U.S. v. Mahamud Said Omar

did, in and affecting interstate and foreign commerce, knowingly and intentionally conspire with others, known and unknown to the grand jury, to provide material support and resources, namely financial support and personnel, to a foreign terrorist organization, namely al-Shabaab, knowing that al-Shabaab has engaged and engages in terrorist activity and terrorism, in violation of Title 18, United States Code, Section 2339B(a)(1).

## COUNT 4
(Providing Material Support to a Foreign Terrorist Organization)

7.   The allegations of paragraphs three through five of this Indictment are re-alleged and incorporated as if set forth in full herein.

8.   From on or about March 18, 2008 through the present, in the State and District of Minnesota and elsewhere, the defendant,

**MAHAMUD SAID OMAR,**
a/k/a Mohamud Said Omar,
a/k/a Sharif Omar,

aiding and abetting and being aided and abetted by others, did, in and affecting interstate and foreign commerce, knowingly and intentionally provide and attempt to provide material support and resources, namely financial support and personnel, to a foreign terrorist organization, namely al-Shabaab, knowing that al-Shabaab has engaged and engages in terrorist activity and terrorism, in violation of Title 18, United States Code, Sections 2339B(a)(1) and 2.

## COUNT 5
(Conspiracy to Kill, Kidnap, Maim, and Injure)

9.     From in or about September 2007 through the present, in the State and District of Minnesota and elsewhere, the defendant,

**MAHAMUD SAID OMAR,**
a/k/a Mohamud Said Omar,
a/k/a Sharif Omar,

knowingly and intentionally conspired with others, known and unknown to the grand jury, to kill, kidnap, maim and injure persons outside of the United States, in violation of Title 18, United States Code, Section 956.

10.     In furtherance of the conspiracy, and to effect the objects thereof, the defendant and his co-conspirators knowingly committed and caused the commission of the following overt acts:

a.     On or about December 4, 2007, in the State and District of Minnesota, SHIRWA AHMED boarded American Airlines flight 1572 from Minneapolis, Minnesota to Chicago, Illinois, with a final destination of Somalia.

b.     On or about December 6, 2007, in the State and District of Minnesota, SALAH OSMAN AHMED, a/k/a Salman (charged elsewhere), boarded Northwest Airlines flight 56 from Minneapolis, Minnesota, to Amsterdam, Netherlands, with a final destination of Somalia.

c.     On or about December 6, 2007, in the State and District of Minnesota, KAMAL SAID HASSAN, a/k/a, Abshir (charged elsewhere), boarded Northwest Airlines flight 56 from Minneapolis, Minnesota, to Amsterdam, Netherlands, with a final destination of Somalia.

4

U.S. v. Mahamud Said Omar

       d.   On or about December 8, 2007, in the State and District of Minnesota, AHMED ALI OMAR, a/k/a Mustafa, boarded Northwest Airlines flight 56 from Minneapolis, Minnesota, to Amsterdam, Netherlands, with a final destination of Somalia.

       e.   On or about December 8, 2007, in the State and District of Minnesota, ABDIFATAH ISSE, a/k/a Omar (charged elsewhere), boarded Northwest Airlines flight 56 from Minneapolis, Minnesota, to Amsterdam, Netherlands, with a final destination of Somalia.

       f.   On or about December 12, 2007, in the State and District of Minnesota, KHALID MOHAMUD ABSHIR, a/k/a Abdul, a/k/a Abdullah, boarded Northwest Airlines flight 1258 from Minneapolis, Minnesota, to Washington Dulles International Airport in Virginia, with a final destination of Somalia.

       g.   On or about February 23, 2008, in the State and District of Minnesota, ZAKARIA MARUF, a/k/a Abu Muslim, boarded Northwest Airlines flight 678 from Minneapolis, Minnesota, to Washington Dulles International Airport in Virginia, with a final destination of Somalia.

       h.   On or about August 2, 2008, in the State and District of Minnesota, MOHAMED ABDULLAHI HASSAN, a/k/a Miski, boarded U.S. Airways flight 1693 from Minneapolis, Minnesota, to Charlotte, North Carolina, with a final destination of Somalia.

U.S. v. Mahamud Said Omar

        i.    On or about August 2, 2008, in the State and District of Minnesota, MUSTAFA ALI SALAT, boarded U.S. Airways flight 1693 from Minneapolis, Minnesota, to Charlotte, North Carolina, with a final destination of Somalia.


                          A TRUE BILL


_____    _____
UNITED STATES ATTORNEY        FOREPERSON