UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                      ORDER
                                       Crim. No. 09-242 (MJD/FLN)

Mahamud Said Omar,

    Defendant.

_____

    John Docherty, Assistant United States Attorney, Counsel for Plaintiff.

    Matthew Forsgren, Counsel for Defendant.

_____

    Based on the files, record and proceedings herein,

    IT IS HEREBY ORDERED that Defendant's Motion to Suppress or Otherwise Exclude Testimony or Other Evidence Related to Confidential Dutch Immigration Notes [Doc. No. 36] is DENIED.

Date:   October 19, 2011

                                                s/ Michael J. Davis
                                                Michael J. Davis
                                                Chief Judge
                                                United States District Court