# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | CR-09-242-MJD/FLN |
| Plaintiff, | **ORDER** |
| v. | |
| Mahamud Said Omar, | |
| Defendant. | |

This matter came before the Honorable Michael J. Davis, Chief Judge, upon Defendant Mahamud Said Omar's motion to file under seal.

Based upon the files, records, and proceedings herein, and the arguments of counsel, IT IS HEREBY ORDERED THAT:

1. Defendant Omar's motion to file under seal [Doc. No. 68] is **GRANTED**.

Date: October 19, 2011

By: s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court

4327520v1