UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-024(2) (MJD/FLN)

United States of America,

                    Plaintiff,                    **DEFENDANT OMAR'S MOTION FOR**
                                                  **DISCLOSURE OF PRISON CELL AND**
                                                  **LAWYERS VISITING ROOM**
v.                                                **RECORDINGS UNDER 28 C.F.R.**
                                                  **§501.3(a) AND (d) OR ANY OTHER**
Mahamud Said Omar,                                **AUTHORITY**

                    Defendant.

Defendant Mahamud Said Omar, by and through his undersigned counsel, moves

the Court for an order directing the government to make the following disclosures

immediately:

1.      Whether pursuant to 28 C.F.R. §501.3(a), or any other authority, the

government implemented "special administrative measures," against Mr. Omar at any place

of his custody, including in the Netherlands and in the United States, to protect persons

against the risk of acts of violence or terrorism.

2.      If the government did implement "special administrative measures," the

precise nature of the "substantial risk that a prisoner's communications or contacts with

persons could result in death or serious bodily injury" under 28 C.F.R. §501.3(a) or any

other authority.

3.      Whether, pursuant to 28 C.F.R. §501.3(d), or any other authority, the

government provided or used any procedures for the monitoring or review of

communications between the defendant and his attorneys or his attorneys' agents who are

236425.1

traditionally covered by the attorney/client privilege, including in the Netherlands and the United States.

4.      If the government did use procedures to monitor or review communications between the defendant and his attorneys or attorneys' agents, including in the Netherlands and the United States, pursuant to 28 C.F.R. §501.3(d), or any other authority, the details of any monitored or reviewed communications, including but not limited to the parties, dates, times, places, a copy of any tape recordings made, a copy of any transcripts made, and the precise nature of the ". . . reasonable suspicion . . . to believe that . . . [defendant] may use communications with attorneys or their agents to further or facilitate acts of terrorism."

This motion is made upon the grounds stated in the supporting memorandum and upon the indictment and all the files and records in this case.

Dated:  February 14, 2012   FELHABER, LARSON, FENLON & VOGT, P.A.


By: s/Jon M. Hopeman
   Jon M. Hopeman, #47065
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 339-6321
(612) 338-0535 (fax)
jhopeman@felhaber.com


     - and -


GASKINS, BENNETT, BIRRELL, SCHUPP, L.L.P.


By: s/Andrew S. Birrell
   Andrew S. Birrell, #133760
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9510
(612) 333-9579 (fax)
abirrell@gaskinsbennett.com

ATTORNEYS FOR MAHAMUD SAID OMAR