UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-024(2) (MJD/FLN)

United States of America,

    Plaintiff,

v.

Mahamud Said Omar,

    Defendant.

**DEFENDANT OMAR'S MOTION TO SUPPRESS SEARCH AND SEIZURE EVIDENCE**

Defendant Mahamud Said Omar moves to suppress evidence obtained through search and seizure on the grounds that the Constitutional rights of the defendant under the Fourth, Fifth and Sixth Amendments have been violated and the statutory procedures governing such searches and seizures have not been followed.

Dated:  February 14, 2012          FELHABER, LARSON, FENLON & VOGT, P.A.


By:   s/Jon M. Hopeman
      Jon M. Hopeman, #47065
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 339-6321
(612) 338-0535 (fax)
jhopeman@felhaber.com

- and -

GASKINS, BENNETT, BIRRELL, SCHUPP, L.L.P.


By:   s/Andrew S. Birrell
      Andrew S. Birrell, #133760
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9510
(612) 333-9579 (fax)
abirrell@gaskinsbennett.com

ATTORNEYS FOR MAHAMUD SAID OMAR