UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-024(2) (MJD/FLN)

United States of America,

        Plaintiff,

v.

Mahamud Said Omar,

        Defendant.

**DEFENDANT OMAR'S MOTION TO SUPPRESS WIRE INTERCEPTIONS, ELECTRONIC SURVEILLANCE, AND OTHER EVIDENCE**

    Defendant Mahamud Said Omar by and through his undersigned counsel, pursuant to Federal Rules of Criminal Procedure 12(b)(3), moves to suppress evidence obtained through wire interceptions, electronic surveillance, cellular telephone tracking devices, global positioning devices, thermal imaging devices, transponders, public or private cameras, or any other method on the grounds that the Constitutional rights of the defendant have been violated and the statutory procedures governing such interceptions have not been followed.

235966.1

Dated:  February 14, 2012		FELHABER, LARSON, FENLON & VOGT, P.A.


		By:   s/Jon M. Hopeman
			Jon M. Hopeman, #47065
		220 South Sixth Street, Suite 2200
		Minneapolis, Minnesota 55402
		(612) 339-6321
		(612) 338-0535 (fax)
		jhopeman@felhaber.com

				- and -

		GASKINS, BENNETT, BIRRELL, SCHUPP, L.L.P.


		By:   s/Andrew S. Birrell
			Andrew S. Birrell, #133760
		333 South Seventh Street, Suite 2900
		Minneapolis, MN 55402
		(612) 333-9510
		(612) 333-9579 (fax)
		abirrell@gaskinsbennett.com

		ATTORNEYS FOR MAHAMUD SAID OMAR