IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA
CRIMINAL NO. 09-242 (MJD/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **ORDER** |
| Plaintiff, | ) |
| v. | ) |
| MAHAMUD SAID OMAR, | ) |
| Defendant. | ) |

**PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

This matter comes before the Court on the defendant Mahamud Said Omar's Motion in Limine for Disclosure of Rule 16 and Brady Material (Docket No. 272), the United States's Response and Opposition, and the United States's Classified Ex Parte, In Camera Motion Pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III § 4, and Rule 16 of the Federal Rules of Criminal Procedure ("Rule 16").

Based on the Court's review of the submissions of the defendant and the United States, the Court finds that, with respect to the material requested by the defendant, the United States has produced to the defendant the material required by Rule 16, Kyles v. Whitley, 514 U.S. 419, 459 (1995), Brady v. Maryland, 373 U.S. 83 (1963), and their progeny.

**IT IS HEREBY ORDERED** that the defendant's Motion <u>in</u> <u>Limine</u> for Disclosure of Rule 16 and Brady Material is **DENIED**.

SO ORDERED, this \_\_16\_\_ day of October, 2012.

*[signature]*
Honorable Michael J. Davis
Chief Judge
U.S. District Court
District of Minnesota