UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.     **ORDER**
Criminal No. 09-242 (MJD)

Mahamud Said Omar,

    Defendant.

_____

    John Docherty and Charles J. Kovats, Jr., Assistant United States Attorneys, Counsel for Plaintiff.

    Andrew S. Birrell, Gaskins Bennett Birrell Schupp, LLP and Jon M. Hopeman, Felhaber Larson Fenlon & Vogt, PA, Counsel for Defendant.

_____

    Pursuant to the Order dated October 1, 2013, the Eighth Circuit Court of Appeals denied the Defendant's motion to dismiss his appeal, as he did not sign the motion or consent in a written attachment to the motion, to dismissal of the appeal, pursuant to 8th Cir. R. 42A.

    Accordingly, a hearing is scheduled before this Court on Friday, October 4, 2013, for purposes of determining whether the Defendant will provide the necessary written consent.

IT IS HEREBY ORDERED that the U.S. Marshal transport the Defendant from his current place of confinement to appear before this Court at 4:00 p.m. on October 4, 2013, in Courtroom 15E, United States Courthouse, 300 South 4th Street, Minneapolis, MN 55415.

Date: October 2, 2013

                                                   s/Michael J. Davis
                                                   Michael J. Davis
                                                   Chief Judge
                                                 United States District Court